# Court of Appeals
# of the State of Georgia

ATLANTA,  June 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1936.  CATALINOTTO REGINALD CURINTON v. THE STATE.**

In 2018, Catalinotto Reginald Curinton pleaded guilty to numerous drug offenses and other crimes. He was sentenced to ten years, with the first twenty-four months to be served on work release and the balance on probation. In January 2020, the trial court revoked Curinton's probation, and he filed a pro se notice of appeal. We lack jurisdiction.

Pretermitting whether Curinton improperly filed his pro se notice while he was represented by counsel, an application for discretionary appeal is required to appeal orders revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Curinton's failure to follow the required appellate procedure deprives us of jurisdiction. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/16/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*